# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2021

Bridget M. McCormack,
Chief Justice

161051(36)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

DOREEN ROTT,
       Plaintiff-Appellant,

v

ARTHUR ROTT,
       Defendant-Appellee.

SC: 161051
COA: 347609
Oakland CC: 2015-148771-NO

_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for her reply brief is GRANTED. The reply brief submitted on January 28, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2021



Clerk